**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 2U, INC., | : | Case No. 24-11279 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 26-2335939 | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 2U GETSMARTER, LLC, | : | Case No. 24-11286 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. 82-3179643 | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 2U HARKINS ROAD LLC, | : | Case No. 24-11281 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. N/A | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 2U NYC, LLC, | : | Case No. 24-11282 (MEW) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. N/A | : | |

```
------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
2U KEIH HOLDCO, LLC,                              :   Case No. 24-11283 (MEW)
                                                  :
            Debtor.                               :
                                                  :
                                                  :
Tax I.D. No. 84-3873837                           x
-------------------------------------------------
------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
CRITIQUEIT, INC.,                                 :   Case No. 24-11284 (MEW)
                                                  :
            Debtor.                               :
                                                  :
                                                  :
Tax I.D. No. 26-2895532                           x
-------------------------------------------------
------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
EDX LLC,                                          :   Case No. 24-11278 (MEW)
                                                  :
            Debtor.                               :
                                                  :
                                                  :
Tax I.D. No. 87-1658554                           x
-------------------------------------------------
------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
EDX BOOT CAMPS LLC.,                              :   Case No. 24-11285 (MEW)
                                                  :
            Debtor.                               :
                                                  :
                                                  :
Tax I.D. No. 84-1778904                           x
-------------------------------------------------
------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
2U GETSMARTER (US), LLC,                          :   Case No. 24-11280 (MEW)
                                                  :
            Debtor.                               :
                                                  :
                                                  :
Tax I.D. No. 82-3179802                           x
-------------------------------------------------
```

## ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES; AND (B) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[1] of the Debtors for entry of an order (this "**Order**"): (a) directing the joint administration of the Chapter 11 Cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and this Court having reviewed the Motion and the First Day Declarations; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 24-11279 (MEW).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3

3.  The caption of the jointly administered Chapter 11 Cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| 2U, Inc., *et al.*[1], | ) | Case No. 24-11279 (MEW) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

4.  All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of 2U, Inc., Case No. 24-11279 (MEW).

5.  The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

6.  A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than 2U, Inc. to reflect the joint administration of these Chapter 11 Cases:

> An order has been entered in accordance with rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 11 cases of: 2U, Inc.; 2U GetSmarter, LLC; 2U Harkins Road LLC; 2U NYC, LLC; 2U KEIH Holdco, LLC; CritiqueIt, Inc.; edX LLC; edX Boot Camps LLC; and 2U GetSmarter (US), LLC. All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-11279 (MEW).

7. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the Clerk of this Court with the assistance of the notice and claims agent retained by the Debtors in these Chapter 11 Cases.

8. The Debtors shall file their monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of these Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules and the Local Rules are satisfied by such notice.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

12. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York  
Dated: July 25, 2024

                                                    s/Michael E. Wiles  
                                                    MICHAEL E. WILES  
                                                    UNITED STATES BANKRUPTCY JUDGE