**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 2U, Inc., *et al.*, | Case No. 24-11279 (MEW) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 10** |

**NOTICE OF FILING REVISED INTERIM ORDER (A) AUTHORIZING THE DEBTORS TO (I) SATISFY PREPETITION WORKFORCE OBLIGATIONS AND (II) CONTINUE WORKFORCE PROGRAMS ON A POSTPETITION BASIS; (B) GRANTING RELIEF FROM AUTOMATIC STAY WITH RESPECT TO WORKERS' COMPENSATION CLAIMS; AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 25, 2024 (the "***Petition Date***"), the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code ("the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date the Debtors filed the *Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Satisfy Prepetition Workforce Obligations and (II) Continue Workforce Programs on a Postpetition Basis; (B) Granting Relief from Automatic Stay with Respect to Workers' Compensation Claims; and (C) Granting Related Relief* (the "***Motion***") [Docket No. 10].

**PLEASE TAKE FURTHER NOTICE** that, since filing the Motion, the Debtors have made certain modifications to the proposed form of interim order and proposed form of final order originally filed with the Motion (the "***Originally Proposed Interim Order***"). The current revised version of the Originally Proposed Interim Order, and the exhibits attached thereto (the "***Revised Proposed Interim Order***"), is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Interim Order against the Originally Proposed Interim Order, is attached hereto at **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion is scheduled for **July 26, 2024 at 11:00 a.m. (prevailing Eastern Time)** (the "***Hearing***"), at which time the Debtors intend to present the Revised Proposed Interim Order, or a form substantially similar thereto, to the Court. The Debtors reserve all rights to further revise the Revised Proposed Interim Order at or prior to the Hearing.

*[Remainder of page intentionally left blank.]*

<b>LATHAM & WATKINS LLP</b>

Dated: July 25, 2024　　　　　By:  /s/ *George A. Davis*
New York, New York　　　　　George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  george.davis@lw.com
　　　　george.klidonas@lw.com
　　　　anu.yerramalli@lw.com
　　　　randall.weber-levine@lw.com
　　　　scott.yousey@lw.com

*Proposed Counsel to the Debtors and Debtors in Possession*