**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>2U, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11279 (MEW)<br><br>(Jointly Administered)<br><br>**Related Docket No. 11** |

**NOTICE OF FILING REVISED INTERIM ORDER
(A) AUTHORIZING THE DEBTORS TO (I) PAY PREPETITION
INSURANCE PROGRAMS OBLIGATIONS AND (II) MAINTAIN THEIR
INSURANCE PROGRAMS POSTPETITION; AND (B) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 25, 2024 (the "***Petition Date***"), the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") each commenced a case by filing a petition for relief under chapter 11 of the Bankruptcy Code ("the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***").

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date the Debtors filed the *Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Prepetition Insurance Programs Obligations and (II) Maintain Their Insurance Programs Postpetition; and (B) Granting Related Relief* (the "***Motion***") [Docket No. 11].

**PLEASE TAKE FURTHER NOTICE** that, since filing the Motion, the Debtors have made certain modifications to the proposed form of interim order originally filed with the Motion (the "***Originally Proposed Interim Order***"). The current revised version of the Originally Proposed Interim Order (the "***Revised Proposed Interim Order***"), is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Interim Order against the Originally Proposed Interim Order, is attached hereto at **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion on an interim basis is scheduled for **July 26, 2024 at 11:00 a.m. (prevailing Eastern Time)** (the "***Interim Hearing***"), at which time the Debtors intend to present the Revised Proposed Interim Order, or a form substantially similar thereto, to the Court. The Debtors reserve all rights to further revise the Revised Proposed Interim Order at or prior to the Interim Hearing.

*[Remainder of page intentionally left blank.]*

**LATHAM & WATKINS LLP**

| | |
|---|---|
| Dated: July 26, 2024<br>New York, New York | By: /s/ *George A. Davis*<br>George A. Davis<br>George Klidonas<br>Anupama Yerramalli<br>Randall C. Weber-Levine<br>Scott Yousey<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email:  george.davis@lw.com<br>            george.klidonas@lw.com<br>            anu.yerramalli@lw.com<br>            randall.weber-levine@lw.com<br>            scott.yousey@lw.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |