**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 2U, Inc., *et al.*, | Case. No 24-11279 (TBD) |
| Debtors.[1] | (Joint Administration Requested) |
| | **Ref. Docket No. 18** |

### CERTIFICATE OF SERVICE

I, JOSEPH ARENA, hereby certify that:

1. I am employed as a Director, Client Services by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    i. On July 25, 2024, I caused to be served by next-day delivery to the brokerage firms, banks, and agents (the "Nominees"), identified on the annexed Exhibit A, copies of the "Motion of Debtors for Interim and Final Orders (A) Establishing Notification and Hearing Procedures on Certain Transfers of Interests in, and Claims Against, the Debtors, and Claims of Certain Worthless Stock Deductions; and (B) Granting Related Relief," dated July 25, 2024 [Docket No. 18], (the "NOL Motion"), with instructions for the Nominees to distribute the NOL Motion, to the beneficial owners of the Debtors' public securities.

                                                                                                   */s/ Joseph Arena*
                                                                                                   Joseph Arena

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

**EXHIBIT A**

# 2U, INC
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABN AMROCC (0695) | ATT PROXY DEPT 175 W. JACKSON BLVD STE 2050 CHICAGO IL 60605 |
| AEIS (0756) | ATT GREG WRAALSTAD/PROXY MGR 901 3RD AVE SOUTH MINNEAPOLIS MN 55474 |
| ALPACA SEC (3021) | ATTN PROXY MGR 42881 LAKE BABCOCK DR SUITE 200 BABCOCK RANCH FL 33982 |
| ALTRUIST (3164) | ATT PROXY MGR 3030 S LA CIENEGA CULVER CITY CA 90232 |
| AMALGAMATED BANK (2352) | ATT BOB WINTERS OR PROXY MGR 275 7TH AV NEW YORK NY 10001 |
| APEX/ETRADE (0158/0385) | C/O BROADRIDGE SECS PROCESSING YASMINE CASSEUS, 2 GATEWAY CTR 283-299 MARKET ST – 16TH FL NEWARK NJ 07102 |
| AXOS CLEARING (0052) | ATT CORPORATE ACTIONS DEPT 1200 LANDMARK CTR, STE. 800 OMAHA NE 68102-1916 |
| BARCLAYS CAPITAL (229,8455) | ATT CORPORATE ACTIONS/REORG 745 7TH AV, 3RD FL NEW YORK NY 10019 |
| BMO NESBITT BURNS /CDS (5043) | ATT PHUTHORN PENIKETT 250 YONGE ST., 14TH FL TORONTO ON M5B 2M8 CANADA |
| BNP PARIBAS (2147,2787) | ATT PROXY DEPT 525 WASHINGTON BLVD 9TH FL JERSEY CITY NJ 07310 |
| BNY MELLON (901,2169,2209,2974) | ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH PA 15258 |
| BOA/GWIM TST OPER (0955) | ATT CORPORATE ACTIONS MANAGER 901 MAIN ST 12TH FL DALLAS TX 75202 |
| BROADRIDGE | CUSIPS: 90214JAB7, JAD3 & J200 51 MERCEDES WAY EDGEWOOD NY 11717 |
| BROWN BROS HARRIMAN (0010) | ATT CORPORATE ACTIONS / VAULT 140 BROADWAY NEW YORK NY 10005 |
| CANTOR FITZGERALD & CO. (0696) | ATT ANTHONY ROYE OR PROXY DEPT CORPORATE ACTIONS 55 WATER ST, 28TH FL NEW YORK NY 10041 |
| CDS CLEAR & DEPOSITORY (5099) | ATT LORETTA VERELLI/PROXY MGR 600 BOUL. DE MAISONNEUVE OUEST BUREAU 210 MONTREAL QC H3A 3J2 CANADA |
| CETERA (0701) | ATT ANGELA HANDELAND/PROXY MGR 400 1ST ST SOUTH STE 300 ST. CLOUD MN 56301 |
| CHARLES SCHWAB & CO. (0164) | ATT CHRISTINA YOUNG/PROXY MGR 2423 EAST LINCOLN DR PHOENIX AZ 85016-1215 |
| CI INVESTMENT SVCS/CDS (5085) | ATT DEBORAH CARLYLE/PROXY MGR 4100 YONGE ST STE 504A TORONTO ON M2P 2G2 CANADA |
| CIBC WORLD MKTS. /CDS (5030) | ATT REED JON OR PROXY DEPT 22 FRONT ST. W. 7TH FL TORONTO ON M5J 2W5 CANADA |
| CITADEL SECS LLC (8430) | ATT KEVIN NEWSTEAD/PROXY MGR 131 SOUTH DEARBORN ST 35TH FL CHICAGO IL 60603 |
| CITIBANK (0505) | ATTN PROXY MGR 580 CROSSPOINT PKWY GETZVILLE NY 14068 |
| CITIBANK, N.A. (0908) | ATTN PROXY MGR 3800 CITIBANK CTR B3 TAMPA FL 33610 |
| CREDENTIAL SECS INC (5083) | DANIELLE MONTANARI/PROXY MGR 700 – 1111 W. GEORGIA ST VANCOUVER BC V6E 4T6 CANADA |
| CREST INTL NOMINEES LTD (2012) | ATT NATHAN ASHWORTH/PROXY MGR 33 CANNON ST LONDON EC4M 5SB UNITED KINGDOM |
| D. A. DAVIDSON & CO. (0361) | ATT RITA LINSKEY OR PROXY MGR 8 THIRD ST NORTH GREAT FALLS MT 59401 |
| DAIWA CAP MKTS AMERICA (0647) | DAVID BIALER OR PROXY MGR FIN SQ 32 OLD SLIP, 14TH FL NEW YORK NY 10005 |
| DEPOSITORY TST CO. | ROBERT GIORDANO 570 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| DESERET TST CO – I (2497) | ATT PROXY MGR 60 EAST SOUTH TEMPLE STE 400 SALT LAKE CITY UT 84111-1036 |
| DESJARDINS SECS INC.(5028) | ATT KARLA DIAZ/VALUERS MOB. 2 COMPLEXE DESJARDINS TOUR EST NIVEAU 62 MONTREAL QC H5B 1B4 CANADA |
| DEUTSCHE BANK (2690) | ATT REORG MGR 5022 GATE PKWY STE 200 JACKSONVILLE FL 32256 |
| DRIVEWEALTH, LLC (2402) | ATT PROXY MGR 15 EXCHANGE PL JERSEY CITY NJ 07302 |
| EDWARD JONES (0057,5012) | ATT DEREK ADAMS OR PROXY DEPT CORPORATE ACTS & DISTRIBUTION 12555 MANCHESTER RD ST. LOUIS MO 63131 |
| FIDELITY CLEAR CAN/CDS (5040) | ATT LINDA SARGEANT/PROXY MGR BELL TRINITY SQ, SOUTH TOWER 483 BAY ST., STE 200 TORONTO ON M5G 1P5 CANADA |
| FOLIO INVESTMENTS, INC. (0728) | ATT ASHLEY THEOBALD/PROXY MGR 8180 GREENSBORO DR 8TH FL MCLEAN VA 22102 |
| FUTU CLEARING INC. (4272) | ATT COLLETE REX 12750 MERIT DR, STE 475 DALLAS TX 75251 |
| GOLDMAN SACHS (0005,5208) | ATT ALISON YOUNG 200W/016/412B08 200 WEST ST NEW YORK NY 10282 |
| HAYWOOD SECS INC./CDS** (5058) | ATT PROXY MGR 400 BURRARD ST STE 700 VANCOUVER BC V6C 3L6 CANADA |
| HILLTOP SECS (0279) | ATT PROXY DEPT 1201 ELM ST STE 3500 DALLAS TX 75270 |
| HRT FIN LLC (0369) | ATT PROXY MGR 32 OLD SLIP 30TH FL NEW YORK NY 10005 |
| HSBC BANK USA/CLEAR (8396) | ATT BARBARA SKELLY/PROXY MGR 545 WASHINGTON BLVD 10TH FL JERSEY CITY NJ 07310 |
| HSBC SECS () INC. (0816) | CHRIS ARMATO OR PROXY MGR 1 WEST 39TH ST NEW YORK NY 10018 |
| INTERACTIVE BROKERS (0534) | ATT KARIN MCCARTHY/PROXY DEPT 2 PICKWICK PLAZA, 2ND FL GREENWICH CT 06830 |

| Claim Name | Address Information |
|---|---|
| INTL FCSTONE FIN, INC. (0750) | ATT KEN SIMPSON OR PROXY MGR 2 PERIMETER PARK, STE 100W BIRMINGHAM AL 35209 |
| J.P. MORGAN/CLEAR (0352) | ATT CORPORATE ACTIONS TEAM 500 STANTON CHRISTIANA RD. NCC5 FL3 NEWARK DE 19713 |
| JANNEY MONT. SCOTT INC. (0374) | ATT KURT DODDS OR PROXY MGR 1717 ARCH ST, 17TH FL PHILADELPHIA PA 19103 |
| JEFFERIES & CO, INC. (0019) | ATT ROBERT MARANZANO/PROXY MGR 34 EXCHANGE PL JERSEY CITY NJ 07311 |
| JPM (902,1970,2357,3622) | ATTN C MANOS/M GREEN 575 WASHINGTON BLVD. 6TH FL JERSEY CITY NJ 07310 |
| KEYBANK NATL ASSOC (2205) | ATT WILLIAM WEBBER/PROXY MGR 4900 TIEDEMAN RD BROOKLYN OH 44144 |
| LPL FIN CORP (0075) | ATT CORPORATE ACTIONS 1055 LPL WAY FORT MILL SC 29715 |
| M1 FINANCE (1497) | PROXY MGR 200 N LASALLE ST, SUITE 800 CHICAGO IL 60601 |
| MACKIE RESEARCH CAP/CDS (5029) | ATT TONY RODRIGUES/PROXY MGR 199 BAY ST COMMERCE CT WEST, STE 4600 TORONTO ON M5L 1G2 CANADA |
| MARSCO INVESTMENT CORP (0287) | ATT KAREN JACOBSEN/PROXY MGR 101 EISENHOWER PKWY ROSELAND NJ 07068 |
| MEDIANT COMMUNICATIONS | CUSIPS: 90214JAB7, JAD3 & J200 STEPHANY HERNANDEZ 100 DEMAREST DR WAYNE NJ 07470 |
| MITSUBISHI UFJ TST (2932) | ATT PROXY MGR 420 FIFTH AV 6TH FL NEW YORK NY 10018 |
| MIZUHO TST & BANKING CO (2888) | ATT ROBERT KOWALEWSKI/PROX MGR 666 FIFTH AV NEW YORK NY 10103 |
| ML/BOFA SECS (161,5198,8862) | ATT PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| MORGAN STANLEY (15,50,7309) | ATT MS PROXY DEPT 1300 THAMES ST WHARF BALTIMORE MD 21231 |
| NATL FIN SVCS. (0226) | ATT SEAN COLE OR PROXY DEPT NEWPORT OFFICE CTR III 499 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| NBCN INC. /CDS (5008) | ATT DANIEL NTAP OR PROXY MGR 1010 DE LA GAUCHETIERE OUEST STE 1925 MONTREAL QC H3B 5J2 CANADA |
| NOMURA SECS (0180) | ATT ADRIAN ROCCO OR PROXY MGR WORLDWIDE PLAZA 309 W. 49TH ST NEW YORK NY 10019-7316 |
| NORTHERN TST CO, THE (2669) | ATT ANDREW LUSSEN OR PROXY MGR 801 S. CANAL ST ATT: CAPITAL STRUCTURES-C1N CHICAGO IL 60607 |
| ODLUM BROWN LTD/CDS (5074) | ATT CARLA BONNELL OR PROXY MGR 250 HOWE ST STE 1100 VANCOUVER BC V6C 3T4 CANADA |
| OPPENHEIMER & CO. INC. (0571) | ATT COLIN SANDY OR PROXY MGR 85 BROAD ST, 4TH FL NEW YORK NY 10004 |
| PERSHING (0443) | ATT JOSEPH LAVARA/PROXY DEPT 1 PERSHING PLAZA JERSEY CITY NJ 07399 |
| PHILL CAP (8460) | ATT PROXY MGR 141 W JACKSON BLVD CBOT BLDG, STE 3050 CHICAGO IL 60604 |
| PI FIN CORP/CDS** (5075) | ATT ROB MCNEIL OR PROXY MGR 666 BURRARD ST STE 1900 VANCOUVER BC V6C 2G3 CANADA |
| PNC BANK, NATL ASSOC (2616) | ATT EILEEN BLAKE OR PROXY MGR 8800 TINICUM BLVD F6-F266-02-2 PHILADELPHIA PA 19153 |
| QUESTRADE INC./CDS (5084) | ATT AL NANJI OR PROXY MGR 5650 YONGE ST TORONTO ON M2M 4G3 CANADA |
| RAYMOND JAMES ASSOC (0725) | ATT ROBERTA GREEN OR PROXY MGR 880 CARILION PKWY TOWER 2, 4TH FL ST. PETERSBURG FL 33716 |
| RBC CAPITAL MKTS CORP (0235) | ATT STEVE SCHAFER OR PROXY MGR 60 S 6TH ST - P09 MINNEAPOLIS MN 55402-1106 |
| RBC DOMINION /CDS (5002) | ATT PROXY MGR 180 WELLINGTON STREET WEST TORONTO ON M5J 0C2 CANADA |
| RELIANCE (5409,7381) | ATT TONIE MONTGOMERY 1100 ABERNATHY RD STE 400 ATLANTA GA 30328 |
| ROBERT W BAIRD & CO INC (0547) | ATTN CORPORATE ACTIONS 777 E WISCONSIN AVE - 9TH FL MILWAUKEE WI 53202 |
| ROBINHOOD SECS, LLC (6769) | ATT MEHDI TAIFI 500 COLONIAL CTR PKWY #100 LAKE MARY FL 32746 |
| SAFRA SECS (8457) | ATT PROXY MGR 546 FIFTH AV NEW YORK NY 10036 |
| SCOTIA CAPITAL /CDS (5011) | ATT EVELYN PANDE OR PROXY DEPT SCOTIA PLAZA 40 KING ST W, 23RD FL TORONTO ON M5H 1H1 CANADA |
| SEI PRIVATE TST CO (2663) | ATT ERIC GREENE OR PROXY MGR ONE FREEDOM VALLEY DR OAKS PA 19456 |
| SG AMERICAS SECS, LLC (0286) | ATT PAUL MITSAKOS OR PROXY MGR 1221 AV OF THE AMERICAS NEW YORK NY 10020 |
| STATE ST (997,2319,2399, | 2678,2767,2950) ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STIFEL NICOLAUS & CO. (0793) | ATT CHRIS WIEGAND/PROXY DEPT C/O MEDIANT COMMUNCATIONS 501 N. BROADWAY ST. LOUIS MO 63102 |

| Claim Name | Address Information |
|---|---|
| STOCKCROSS FIN (0445) | ATT DIANE TOBEY OR PROXY MGR 77 SUMMER ST BOSTON MA 02210 |
| SUMITOMO TST & BANKING (2779) | ATT BETH MUELLER OR PROXY MGR 527 MADISON AV NEW YORK NY 10022 |
| TDWATERHOUSE CANADA/CDS (5036) | ATT YOUSUF AHMED OR PROXY MGR 77 BLOOR ST WEST 3RD FL TORONTO ON M4Y 2T1 CANADA |
| TRADESTATION SECS (0271) | ATT CORPORATE ACTIONS 8050 SW 10TH ST, STE 2000 PLANTATION FL 33324 |
| U.S. BANCORP INVEST (0280) | ATT KEVIN BROWN OR PROXY MGR 60 LIVINGSTON AVE ST. PAUL MN 55107-1419 |
| U.S. BANK N.A. (2803) | ATT PAUL KUXHAUS OR PROXY MGR 1555 N. RIVER CTR DR STE 302 MILWAUKEE WI 53212 |
| UBS (0642,2507) | ATT MICHAEL HALLET/PROXY MGR PROXY DEPT 315 DEADRICK ST NASHVILLE TN 37238 |
| UBS FIN SVCS LLC (0221) | ATT PROXY DEPT - JANE FLOOD 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UMB BANK, NATL ASSOC (2450) | ATT KAREN BOUCHARD/PROXY MGR 928 GRAND BLVD MAILSTOP 1010404 KANSAS CITY MO 64106 |
| VANGUARD MARKETING (0062) | ATT BEN BEGUIN OR PROXY MGR 14321 N. NORTHSIGHT BLVD SCOTTSDALE AZ 85260 |
| VELOCITY CLEARING (0294) | ALFRED PENNISI OR PROXY MGR 100 WALL ST 26TH FL NEW YORK NY 10005 |
| VELOX CLEARING LLC (3856) | ATT PROXY MGR 2400 E. KATELLA AVE STE 725 ANAHEIM CA 92806 |
| VIRTU AM (0295) | ATT JANICA BRINK OR PROXY MGR 300 VESEY ST NEW YORK NY 10282 |
| VISION FIN MKTS LLC (0595) | ATT OPS DEPT 120 LONG RIDGE RD, 3 NORTH STAMFORD CT 06902 |
| WEALTHSIMPLE INVEST/CDS (5004) | ATT CORPORATE ACTIONS DEPT 80 SPADINA AVE, 4TH FL TORONTO ON M5V 2J4 CANADA |
| WEDBUSH (0103,8199) | ATT ALAN FERREIRA OR PROXY MGR 1000 WILSHIRE BLVD., STE #850 LOS ANGELES CA 90030 |
| WELLS FARGO (250,2072,2480) | ATT SCOTT NELLIS OR PROXY MGR CORP ACTIONS - MAC D109-010 1525 WEST WT HARRIS BLVD, 1B1 CHARLOTTE NC 28262 |
| WELLS FARGO CLEARING (141) | ATTN PROXY DEPARTMENT ONE NORTH JEFFERSON AVE ST. LOUIS MO 63103 |

**Total Creditor count  99**