UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| 2U, Inc., *et al.*, | Case No. 24-11279 (MEW) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket Nos. 19 and 55** |

## NOTICE OF FILING OF FIRST AMENDED JOINT PREPACKAGED PLAN OF REORGANIZATION OF 2U, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on August 2, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *First Amended Joint Prepackaged Plan of Reorganization of 2U, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 55] (the "**First Amended Plan**" and as further amended, supplemented, or otherwise modified from time-to-time, the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a changed-pages-only redline of the First Amended Plan, which reflects changes from the *Joint Prepackaged Plan of Reorganization of 2U, Inc. and Its Debtors Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 19] filed on July 25, 2024.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Amended Plan, or any other document filed in the Debtors' chapter 11 cases, may be obtained free of charge by contacting the Debtors' Voting and Claims Agent, Epiq Corporate Restructuring, LLC, by: (a) calling 877-525-5725 (Toll Free U.S.) or +1 360-803-4441 (International); (b) visiting the Debtors' restructuring website at: https://dm.epiq11.com/2U; and/or (c) emailing tabulation@epiqglobal.com with a reference to "*2U*" in the subject line. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee at www.nysb.uscourts.gov or at no charge at https://dm.epiq11.com/2U.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider approval of the Disclosure Statement and confirmation of Plan (the "**Combined Hearing**") will begin on

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the Plan.

**September 6, 2024, at 11:00 a.m. prevailing Eastern Time**, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 617, New York, New York 10004-1408, before the Honorable Michael E. Wiles, United States Bankruptcy Judge. The Combined Hearing may be continued from time to time by the Bankruptcy Court or the Debtors without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on such parties as the Bankruptcy Court may order. Moreover, the Plan may be modified or amended, if necessary, pursuant to section 1127 of the Bankruptcy Code, prior to, during or as a result of the Combined Hearing, without further notice to parties in interest.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE VOTING AND CLAIMS AGENT AT THE NUMBER OR ADDRESS SPECIFIED ABOVE. PLEASE NOTE THAT THE VOTING AND CLAIMS AGENT CANNOT PROVIDE LEGAL ADVICE.**

**LATHAM & WATKINS LLP**

Dated:  August 2, 2024
　　　　New York, New York

By:  */s/ George A. Davis*
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  george.davis@lw.com
　　　　george.klidonas@lw.com
　　　　anu.yerramalli@lw.com
　　　　randall.weber-levine@lw.com
　　　　scott.yousey@lw.com

*Proposed Counsel to the Debtors and Debtors in Possession*