**CROWELL & MORING LLP**
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: +1.415.986.2800
Fax: +1.415.986.2827
Thomas F. Koegel (*pro hac vice* forthcoming)

Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Phone: +1.212.223.4000
Fax: +1.202.628.5116
Gary A. Stahl
Ellen M. Halstead

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>2U, Inc., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11279 (MEW)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance (the "Notice of Appearance") on behalf of The Regents of the University of California (the "Regents") in the above-captioned cases pursuant to section 1109(b) of title 11 of the United States Code and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices and papers filed or entered in this case be delivered to and served upon the following:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

SFACTIVE-907718011.1

**CROWELL & MORING LLP**
Thomas F. Koegel (*pro hac vice* forthcoming)
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone: +1.415.986.2800
Fax: +1.415.986.2827
Email: tkoegel@crowell.com

Gary A. Stahl
Ellen M. Halstead
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
Phone: +1.212.223.4000
Fax: +1.202.628.5116
Email: gstahl@crowell.com
        ehalstead@crowell.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, statements of affairs, operating reports, schedules of assets and liabilities, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any substantive of procedural rights of the Regents including, without limitation, (i) the right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any

proceedings so triable in these chapter 11 cases or in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the right to object to the jurisdiction of this Bankruptcy Court; and (v) an election of remedies.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Regents is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated:  August 22, 2024
         New York, New York

**CROWELL & MORING LLP**

By: /s/ *Ellen M. Halstead*
    Gary A. Stahl
    Ellen M. Halstead
    Two Manhattan West
    375 Ninth Avenue
    New York, New York  10001
    Phone: +1.212.223.4000
    Fax: +1.202.628.5116
    Email:  gstahl@crowell.com
            ehalstead@crowell.com

    Thomas F. Koegel (*pro hac vice* forthcoming)
    3 Embarcadero Center, 26 Floor
    San Francisco, California  94111
    Phone: +1.415.986.2800
    Fax: +1.415.986.2827
    Email:  tkoegel@crowell.com

*Attorneys for The Regents of the University of California*