**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

2U, Inc., *et al.*,

Debtors.[1]

---

Chapter 11

Case No. 24-11279 (MEW)

(Jointly Administered)

**Related Dockets No. 50 & 64**

---

**NOTICE OF FURTHER EXTENSION OF DEADLINE FOR**
**HOLDERS OF CLASS 8 EXISTING EQUITY INTERESTS AND CLASS 9**
**SUBORDINATED CLAIMS IN 2U, INC. TO OPT IN TO THIRD-PARTY RELEASE**

---

**PLEASE TAKE NOTICE** that on July 24, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***") commenced solicitation of votes on the *Joint Prepackaged Plan of Reorganization of 2U, Inc. and Its Debtors Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 19] (as amended by the *First Amended Joint Prepackaged Plan of Reorganization of 2U, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 55], the *Second Amended Joint Prepackaged Plan of Reorganization of 2U, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 90], and as may be further amended, supplemented, or otherwise modified from time-to-time, the "***Plan***").[2]

**PLEASE TAKE FURTHER NOTICE** that on July 30, 2024, the Court entered the *Amended Order (A) Scheduling a Combined Hearing to Consider Approval of the Disclosure Statement and Confirmation of the Plan; (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates; (C) Approving the Procedures for Soliciting, Receiving, and Tabulating votes on the Plan and for Filing Objections to the Disclosure Statement or the Plan; (D) Approving the Manner and Forms of Notice and Other Related Documents; (E) Approving Equity Rights Offering Documents; (F) Conditionally Waiving Requirements of Filing Schedules and Statements and of Convening Section 341 Meeting of Creditors; and (G) Granting Related Relief* [Docket No. 50] (the "***Disclosure Statement Order***").

**PLEASE TAKE FURTHER NOTICE** that on September 6, 2024, a hearing was held before the Honorable Michael E. Wiles to consider approval of the Disclosure Statement and confirmation of Plan (the "***Combined Hearing***").

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

[2]    Capitalized terms used but not otherwise defined herein have the meaning ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that on September 9, 2024, the Court entered an order [Docket No. 176] (the "***Combined Order***") approving the Disclosure Statement and confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 31 of the Disclosure Statement Order, 5:00 p.m. prevailing Eastern Time on August 26, 2024 was established as the deadline for Holders of Class 8 Existing Equity Interests and Class 9 Subordinated Claims to submit a completed form (an "***Opt-In Form***") to "opt in" to the Third Party Releases under Article IX of the Plan (the "***Opt-In Deadline***"), subject to the Debtors right to extend the Opt-In Deadline as they deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that, on August 16, 2024, the Debtors filed the *Notice of Extension of Deadline for Holders of Class 8 Existing Equity Interests and Class 9 Subordinated Claims in 2U, Inc. to Opt In to Third-Party Release*, pursuant to which the Debtors extended the Opt-In Deadline to 5:00 p.m. prevailing Eastern Time on September 6, 2024.

**PLEASE TAKE FURTHER NOTICE** that, to accommodate Holders of Interests and Claims in Classes 8 and 9 who have inquired about submitting Opt-In Forms after the Opt-In Deadline, in accordance with Paragraph 31 of the Disclosure Statement Order, the Debtors hereby further extend the Opt-In Deadline to **5:00 p.m. prevailing Eastern Time on October 11, 2024**.

**PLEASE TAKE FURTHER NOTICE** that except as explicitly set forth herein, all deadlines and procedures set forth in the Disclosure Statement Order remain unchanged.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, the Disclosure Statement Order, the Combined Order, or any other document filed in the Debtors' chapter 11 cases, may be obtained free of charge by contacting the Voting and Claims Agent by: (a) calling 877-525-5725 (Toll Free U.S.) or +1 360-803-4441 (International); (b) visiting the Debtors' restructuring website at: https://dm.epiq11.com/2U; and/or (c) emailing tabulation@epiqglobal.com with a reference to "*2U*" in the subject line. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee at www.nysb.uscourts.gov or at no charge at https://dm.epiq11.com/2U.

**THIS NOTICE IS BEING SENT TO YOU FOR INFORMATIONAL PURPOSES ONLY. IF YOU HAVE QUESTIONS WITH RESPECT TO YOUR RIGHTS UNDER THE PLAN OR ABOUT ANYTHING STATED HEREIN OR IF YOU WOULD LIKE TO OBTAIN ADDITIONAL INFORMATION, PLEASE CONTACT THE VOTING AND CLAIMS AGENT AT THE NUMBER OR ADDRESS SPECIFIED ABOVE. PLEASE NOTE THAT THE VOTING AND CLAIMS AGENT CANNOT PROVIDE LEGAL ADVICE.**

**LATHAM & WATKINS LLP**

Dated:  September 9, 2024          By:    */s/ George A. Davis*
        New York, New York               George A. Davis
                                         George Klidonas
                                         Anupama Yerramalli
                                         Randall C. Weber-Levine
                                         Scott Yousey
                                         1271 Avenue of the Americas
                                         New York, NY 10020
                                         Telephone: (212) 906-1200
                                         Facsimile: (212) 751-4864
                                         Email:  george.davis@lw.com
                                                 george.klidonas@lw.com
                                                 anu.yerramalli@lw.com
                                                 randall.weber-levine@lw.com
                                                 scott.yousey@lw.com

                                         *Counsel to the Debtors and Debtors in
                                         Possession*