**Hearing Date and Time: December 18, 2024 at 2:00 p.m. (Prevailing Eastern Time)**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey

*Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 2U, Inc., *et al.*, | No. 24-11279 (MEW) |
| Reorganized Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING TO BE HELD ON**
**DECEMBER 18, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:   December, 18 2024, at 2:00 p.m. (prevailing Eastern time)

Attendance:   The Hearing will be conducted in person at the **United States Bankruptcy Court for the Southern District of New York**, before the **Honorable Michael E. Wiles, United States Bankruptcy Judge, Courtroom 617, One Bowling Green, New York, NY 10004**. If you wish to appear virtually at the hearing via Court Solutions, please email wiles.chambers@nysb.uscourts.gov to request approval prior to the hearing. Parties and members of the public who wish to listen to the hearing by audio feed do

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Reorganized Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

| | |
|---|---|
| | not need approval and may do so by registering with Court Solutions. Parties may register with Court Solutions at www.Court-Solutions.com. Information on how to register for, and use, the Court Solutions platform is available at https://help.court-solutions.com/hc/en-us. |
| Copies of Pleadings: | Copies of the pleadings identified below can be viewed and/or obtained by: (a) accessing this Court's website at www.nysb.uscourts.gov, (b) contacting the Office of the Clerk of the Court at United States Bankruptcy Court for the Southern District of New York, or (c) on the website of the Reorganized Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("***Epiq***"), at https://dm.epiq11.com/2U; or by contacting Epiq directly at (877) 525-5725 (toll free U.S. and Canada) and (360) 803-4441 (International). |

## I.    MATTERS GOING FORWARD

1.  **Case Closing Motion.** Reorganized Debtors' Motion for Entry of an Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 266]

    Response/Objection Deadline:    December 16, 2024 at 4:00 p.m. (EST).

    Responses/Objections:

    i.   Limited Objection of KCP Harkins Fee Owner, LLC to the Reorganized Debtors' Motion for Entry of an Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 272]

    ii.  RFR/K Prospect Owner LLC's Limited Objection to the Reorganized Debtors' Motion for Entry of an Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 275]

    iii. Reorganized Debtors' Reply in Support of the Motion for Entry of an Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 279]

Related Documents:

i. Motion to Shorten Notice with Respect to the Reorganized Debtors' Motion for Entry of an Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 267]

ii. Order to Shorten Notice with Respect to the Reorganized Debtors' Motion for Entry of an Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 269]

iii. Notice of Filing Revised Proposed Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 278]

iv. Revised Proposed Order (A) Consolidating the Administration of All Outstanding Claims and Miscellaneous Matters Under 2U, Inc.; (B) Entering a Final Decree Closing Certain Chapter 11 Cases; (C) Amending the Caption of Lead Case; and (D) Granting Related Relief [Docket No. 278]

Status: This matter is going forward on a contested basis. Accordingly, a hearing on this matter is necessary.

[*Remainder of page intentionally left blank*]

**LATHAM & WATKINS LLP**

Dated: December 16, 2024  
New York, New York

By: */s/ George A. Davis*  
George A. Davis  
George Klidonas  
Anupama Yerramalli  
Randall C. Weber-Levine  
Scott Yousey  
1271 Avenue of the Americas  
New York, NY 10020  
Telephone: (212) 906-1200  
Facsimile: (212) 751-4864  
Email: george.davis@lw.com  
  george.klidonas@lw.com  
  anu.yerramalli@lw.com  
  randall.weber-levine@lw.com  
  scott.yousey@lw.com

*Counsel to the Reorganized Debtors*