Alissa M. Nann
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
anann@foley.com

*Counsel to KCP Harkins Fee Owner, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 2U, Inc., *et al.*,[1] | Case No. 24-11279 (MEW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON KCP HARKINS FEE OWNER, LLC'S MOTION TO COMPEL PAYMENT OF ITS CLAIMS AGAINST DEBTORS 2U, INC. AND 2U HARKINS ROAD LLC, AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on December 9, 2024, KCP Harkins Fee Owner, LLC (the "KCP Harkins") filed *KCP Harkins Fee Owner, LLC's Motion to Compel Payment of Its Claims Against Debtors 2U, Inc. and 2U Harkins Road, LLC and for Related Relief* [Docket No. 273] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "Hearing") on the Motion will be held on **January 28, 2025, at 10:00 a.m. (prevailing Eastern Time)** before the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: 2U, Inc. (5939); edX LLC (8554); 2U GetSmarter, LLC (9643); 2U Harkins Road LLC (N/A); 2U NYC, LLC (N/A); 2U KEIH Holdco, LLC (3837); CritiqueIt, Inc. (5532); edX Boot Camps LLC (8904); and 2U GetSmarter (US), LLC (9802). The Debtors' mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered by the Bankruptcy Court, the Hearing will be conducted in person at the **United States Bankruptcy Court for the Southern District of New York, before the Honorable Michael E. Wiles, United States Bankruptcy Judge, Courtroom 617, One Bowling Green, New York, NY 10004 OR** via Court Solutions. If you wish to appear virtually at the hearing via Court Solutions, please email wiles.chambers@nysb.uscourts.gov to request approval prior to the hearing. Parties and members of the public who wish to listen to the hearing by audio feed do not need approval and may do so by registering with Court Solutions. Parties may register with Court Solutions at www.Court-Solutions.com. Information on how to register for, and use, the Court Solutions platform is available at https://help.court-solutions.com/hc/en-us.

**PLEASE TAKE FURTHER NOTICE** that, on or before **January 21, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"), responses or objections, if any, to the Motion and the relief requested therein (the "Objections") must (a) be made in writing, (b) conform with the requirements of title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) be served upon Foley & Lardner, LLP, 90 Park Avenue, New York, New York 10016, attn: Alissa M. Nann (ANann@Foley.com), and (d) be filed with the Clerk of the Court at the address set forth above, with a copy delivered directly to Judge Wiles' chambers at wiles.chambers@nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served by the Objection Deadline, the Bankruptcy Court may enter final order granting the relief requested in the Motion without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (a) accessing this Court's website at www.nysb.uscourts.gov; (b) contacting the Office of the Clerk of the Court at United States Bankruptcy Court for the Southern District of New York; (c) on the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq"), at https://dm.epiq11.com/2U; or (d) contacting Epiq directly at (877) 525-5725 (toll free U.S. and Canada) and (360) 803-4441 (International).

**PLEASE TAKE FURTHER NOTICE** that the Hearing may affect your rights.  Please read the Motion carefully and discuss them with your attorney as needed.

**PLEASE TAKE FURTHER NOTICE** that, if you oppose the relief requested in the Motion, or if you want the Bankruptcy Court to hear your position on the Motion, then you or your attorney must attend the Hearing.  If you or your attorney do not follow the foregoing steps, the Bankruptcy Court may decide that you do not oppose the relief requested in the Motion and may enter an order granting the relief requested by KCP Harkins.

Dated: December 31, 2024
       New York, New York

**FOLEY & LARDNER LLP**

  /s/Alissa Nann
Alissa M. Nann
90 Park Avenue
New York, New York 10016
Tel: (212) 682-7474
anann@foley.com

*Counsel to KCP Harkins Fee Owner, LLC*

4909-3467-6230.1