Hearing Date: February 25, 2025, 11:00 a.m. (Prevailing Eastern Time)

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey

*Counsel to the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 2U, Inc., | Case No. 24-11279 (MEW) |
| Reorganized Debtor.[1] | (Jointly Administered) |
| | **Related Docket Nos. 276 and 286** |

### NOTICE OF REORGANIZED DEBTOR'S ADJOURNMENT OF CERTAIN MATTERS SCHEDULED FOR HEARING ON FEBRUARY 4, 2025

**PLEASE TAKE NOTICE** that, on December 13, 2024, RFR/K 55 Prospect Owner LLC ("**RFR/K**") filed *RFR/K Prospect Owner LLC's Motion to Compel Payment of Its Lease Rejection Claims Against Debtors 2U Inc. and 2U NYC, LLC* [Docket No. 276] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on December 27, 2024, 2U, LLC (the "**Reorganized Debtor**") and its affiliated reorganized debtors (collectively, the "**Reorganized Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**") filed the *Reorganized Debtors'*

---

[1] The Reorganized Debtor in this case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: 2U, Inc. (5939). The Reorganized Debtor's mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

*Objection to the Claims Filed by RFR/K 55 Prospect Owner LLC* [Docket No. 286] (the "*Objection*" and together with the Motion, the "*Adjourned Matters*").

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Matters were scheduled to be heard at a hearing (the "*Original Hearing*") on February 4, 2025, at 11:00 a.m. (Prevailing Eastern Time) at the United States Bankruptcy Court for the Southern District of New York (the "*Court*").

**PLEASE TAKE FURTHER NOTICE** that, by permission of the Court, the Adjourned Matters will now be adjourned to **February 25, 2025, at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "*Adjourned Hearing*").

**PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered by the Bankruptcy Court, the Adjourned Hearing will be conducted in person at the Court, before the **Honorable Michael E. Wiles, United States Bankruptcy Judge, Courtroom 617, One Bowling Green, New York, NY 10004**. If you wish to appear virtually at the hearing via Court Solutions, please email wiles.chambers@nysb.uscourts.gov to request approval prior to the hearing. Parties and members of the public who wish to listen to the hearing by audio feed do not need approval and may do so by registering with Court Solutions. Parties may register with Court Solutions at www.Court-Solutions.com. Information on how to register for, and use, the Court Solutions platform is available at https://help.court-solutions.com/hc/en-us.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file replies ("*Replies*") to any responses to the Adjourned Matters has been extended to **4:00 p.m. (Prevailing Eastern Time) on February 21, 2025** (the "*Reply Deadline*").

**PLEASE TAKE FURTHER NOTICE** that the Replies must be made in writing and conform with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local

Bankruptcy Rules for the Southern District of New York (the "*Local Bankruptcy Rules*"), and be filed with the Clerk of the Court at the address set forth above, with a copy delivered directly to Judge Wiles' chambers at: wiles.chambers@nysb.uscourts.gov, and served upon (a) United States Trustee, U.S. Department of Justice, Office of the U.S. Trustee, 1 Bowling Green, Room 534, New York, New York 10004 (Attn: Rachael E. Siegel (rachael.e.siegel@usdoj.gov) and Daniel Rudewicz (daniel.rudewicz@usdoj.gov)); (b) 2U, LLC, 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202 (Attn: Matthew Norden (mnorden@2u.com) and Lillian Brownstein (lbrownstein@2u.com)); (c) Latham & Watkins LLP, 1271 Avenue of the Americas, New York, New York 10020 (Attn: George A. Davis (george.davis@lw.com), George Klidonas (george.klidonas@lw.com), Anupama Yerramalli (anu.yerramalli@lw.com), Randall C. Weber-Levine (randall.weber-levine@lw.com) and Scott Yousey (scott.yousey@lw.com)), counsel for the Reorganized Debtors; (d) Milbank LLP, 55 Hudson Yards, New York, New York 10001 (Attn: Albert A. Pisa (apisa@milbank.com), Tyson Lomazow (tlomazow@milbank.com), and Abigail Debold (adebold@milbank.com)), counsel for the First Lien Ad Hoc Group; (e) Weil, Gotshal & Manges LLP, 767 5th Ave, New York, New York 10153 (Attn: Matt Barr (matt.barr@weil.com), David Griffiths (david.griffiths@weil.com), and F. Gavin Andrews (f.gavin.andrews@weil.com)), counsel for the Ad Hoc Noteholder Group; and (f) Schulte, Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022 (Attn: Kristine Manoukian (kristine.manoukian@srz.com), Kelly Knight (kelly.knight@srz.com), and Reuben E. Dizengoff (reuben.dizengoff@srz.com)), counsel to Greenvale; so as to be filed and actually received by all of them not later than the Response Deadline.

Dated: February 3, 2025
       New York, New York

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP** |
| By: */s/ George A. Davis* | By: */s/ Tracy L. Klestadt* |
| George A. Davis | Tracy L. Klestadt |
| George Klidonas | 200 West 41 Street, 17th Floor |
| Anupama Yerramalli | New York, New York 10036 |
| Randall C. Weber-Levine | Tel: (212) 972-3000 |
| Scott Yousey | Fax: (212) 972-2245 |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | -and- |
| Telephone: (212) 906-1200 | |
| Facsimile: (212) 751-4864 | **CHARLES E. BOULBOL, P.C.** |
| Email: george.davis@lw.com | 62 85th Street |
| george.klidonas@lw.com | Brooklyn, New York 11209 |
| anu.yerramalli@lw.com | Tel: (212) 825-9457 |
| randall.weber-levine@lw.com | rtracl@msn.com |
| scott.yousey@lw.com | |
| *Counsel to the Reorganized Debtors* | *Counsel to RFR/K 55 Prospect Owner LLC* |