# Exhibit A

**Correspondence regarding Covered Partner status**

ACTIVE\1618600409.7

## Stier, Erik

| | |
|---|---|
| **From:** | Scott.Yousey@lw.com |
| **Sent:** | Thursday, September 5, 2024 10:03 PM |
| **To:** | Albanese, Rachel; George.Klidonas@lw.com; Anu.Yerramalli@lw.com |
| **Cc:** | Stier, Erik; 2urss.lwteam@lw.com |
| **Subject:** | RE: 2U |

⚠️ **EXTERNAL MESSAGE**

Rachel,

We confirm that the Debtors will consider Simmons University as a Covered Partner.

Thanks,

**Scott Yousey**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas | New York, NY 10020
D: +1.212.906.3836

---

**From:** Albanese, Rachel <Rachel.Albanese@us.dlapiper.com>
**Sent:** Thursday, September 5, 2024 8:05 PM
**To:** Klidonas, George (NY) <George.Klidonas@lw.com>; Yerramalli, Anu (NY) <Anu.Yerramalli@lw.com>
**Cc:** Stier, Erik <Erik.Stier@us.dlapiper.com>; #C-M 2U RSS - LW TEAM <2urss.lwteam@lw.com>
**Subject:** RE: 2U

Thanks, appreciate it.

Rachel

**Rachel Ehrlich Albanese**
Partner & Co-Chair, U.S. Restructuring Practice

T  +1 212 335 4775
M +1 732 232 3533
rachel.albanese@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** George.Klidonas@lw.com <George.Klidonas@lw.com>
**Sent:** Thursday, September 5, 2024 8:02 PM
**To:** Albanese, Rachel <Rachel.Albanese@us.dlapiper.com>; Anu.Yerramalli@lw.com
**Cc:** Stier, Erik <Erik.Stier@us.dlapiper.com>; 2urss.lwteam@lw.com
**Subject:** RE: 2U

⚠️ **EXTERNAL MESSAGE**