## Exhibit B

Excerpt of the Simmons Contracts

## Filed Under Seal