**Hearing Date and Time: April 4, 2025 at 11:00 a.m. (Prevailing Eastern Time)**

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey

*Counsel to the Reorganized Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>2U, Inc.,<br><br>        Reorganized Debtor.[1] | Chapter 11<br><br>No. 24-11279 (MEW)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 327, 334 and 347** |

**NOTICE OF AGENDA FOR HEARING TO BE HELD ON**
**APRIL 4, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Time and Date of Hearing: | April 4, 2025, at 11:00 a.m. (prevailing Eastern time) |
| Attendance: | The Hearing will be conducted virtually via **Zoom for Government** for audio and video purposes. All parties are required to register their appearance by 4:00 PM one business day before the scheduled Hearing with eCourt Appearances. Parties wishing to participate at or listen to the Hearing, whether (a) an attorney or non-attorney, or (b) making a "live" or "listen only" appearance before the Court, all need to register an electronic appearance (an "*eCourt Appearance*") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. |

---

[1] The Reorganized Debtor in this case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: 2U, Inc. (5939). The Reorganized Debtor's mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

|  |  |
|---|---|
|  | The Court will circulate the Zoom link to such persons by email after 4:00 p.m. one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link. |
| Copies of Pleadings: | Copies of the pleadings identified below can be viewed and/or obtained by: (a) accessing this Court's website at www.nysb.uscourts.gov, (b) contacting the Office of the Clerk of the Court at United States Bankruptcy Court for the Southern District of New York (the "**Court**"), or (c) on the website of the Reorganized Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("**Epiq**"), at https://dm.epiq11.com/2U; or by contacting Epiq directly at (877) 525-5725 (toll free U.S. and Canada) and (360) 803-4441 (International). |

### I. WITHDRAWN MATTERS

1. **Objection to Claims of KCP Harkins Fee Owner, LLC**. Reorganized Debtors' Objection to the Claims Filed by KCP Harkins Fee Owner, LLC [Docket No. 281]

    Response/Objection Deadline:        March 28, 2025 at 4:00 p.m. (EST).

    Responses/Objections:        None

    Related Documents:

    i. Notice of Settlement of Claims and Withdrawal of Related Matters [Docket No. 344]

    Status: This matter has been withdrawn pursuant to Docket No. 344 and is not going forward. Accordingly, a hearing on this matter is not necessary.

2. **KCP Harkins Fee Owner, LLC's Motion to Compel Payment.** KCP Harkins Fee Owner, LLC's Motion to Compel Payment of its Claims Against Debtors 2U, Inc. and 2U Harkins Road LLC, and for Related Relief [Docket No. 273]

    Response/Objection Deadline:        March 28, 2025 at 4:00 p.m. (EST).

    Responses/Objections:        None

    Related Documents:

    i. Notice of Settlement of Claims and Withdrawal of Related Matters [Docket No. 344]

      ii.    KCP Harkins Fee Owner, LLC's Supplement to Motion to Compel Payment of its Claims Against Debtors 2U, Inc. and 2U Harkins Road LLC, and for Related Relief [Docket No. 296]

Status:  This matter has been withdrawn pursuant to Docket No. 344 and is not going forward.  Accordingly, a hearing on this matter is not necessary.

## II.  MATTERS GOING FORWARD

3.  **2U Case Closing Motion.** Reorganized Debtor's Motion for Entry of a Final Decree Closing the Chapter 11 Case of 2U, Inc. [Docket No. 327]

Response/Objection Deadline:        March 28, 2025 at 4:00 p.m. (EST).

Responses/Objections:

i.    Limited Objection of Simmons University to Reorganized Debtor's Motion for Entry of A Final Decree Closing the Chapter 11 Case of 2U, Inc. [Docket No. 334]

Related Documents:

i.    Reorganized Debtor's Amended Reply in Support of the Reorganized Debtor's Motion for Entry of a Final Decree Closing the Chapter 11 Case of 2U, Inc. [Docket No. 347]

ii.   Reorganized Debtor's Reply in Support of the Reorganized Debtor's Motion for Entry of a Final Decree Closing the Chapter 11 Case of 2U, Inc. [Docket No. 345]

iii.  Notice of Filing Further Revised Final Decree Closing the Chapter 11 Case of 2U, Inc. [Docket No. 340]

iv.   Notice of Filing Revised Final Decree Closing the Chapter 11 Case of 2U, Inc.  [Docket No. 332]

v.    Motion for Entry of an Order (A) Authorizing the Reorganized Debtor to File the Reorganized Debtor's Reply in Support of the Reorganized Debtor's Motion for Entry of a Final Decree Closing the Chapter 11 Case of 2U, Inc. Under Seal, and (B) Granting Related Relief [Docket No. 346]

vi.   Notice of Withdrawal of Motion for Entry of an Order (A) Authorizing the Reorganized Debtor to File the Reorganized Debtor's Reply in Support of the Reorganized Debtor's Motion for Entry of a Final Decree Closing the Chapter 11 Case of 2U, Inc. Under Seal, and (B) Granting Related Relief [Docket No. 348]

Status: This matter is going forward on a contested basis.  Accordingly, a hearing on this matter is necessary.

**LATHAM & WATKINS LLP**

Dated: April 2, 2025
New York, New York

By: */s/ George A. Davis*
George A. Davis
George Klidonas
Anupama Yerramalli
Randall C. Weber-Levine
Scott Yousey
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email:  george.davis@lw.com
         george.klidonas@lw.com
         anu.yerramalli@lw.com
         randall.weber-levine@lw.com
         scott.yousey@lw.com

*Counsel to the Reorganized Debtor*