| | |
|---|---|
| Rachel Ehrlich Albanese<br>Dennis O'Donnell<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br>         dennis.odonnell@us.dlapiper.com | Erik F. Stier<br>**DLA PIPER LLP (US)**<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>Facsimile: (202) 799-5000<br>Email: erik.stier@us.dlapiper.com |

*Counsel to Simmons University*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>2U, Inc.,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-11279 (MEW)<br><br>(Jointly Administered)<br><br>**Objection Deadline: April 15, 2025 at 4:00 p.m. ET**<br>**Hearing Date: April 22, 2025 at 11:00 a.m. ET** |

### NOTICE OF HEARING ON MOTION OF SIMMONS UNIVERSITY FOR ENTRY OF AN ORDER (I) ENFORCING THE CONFIRMATION ORDER AND (II) COMPELLING REJECTION OF SIMMONS UNIVERSITY'S EXECUTORY CONTRACTS

**PLEASE TAKE NOTICE** that, on April 2, 2025, Simmons University ("Simmons") filed the *Motion of Simmons University for Entry of an Order (I) Enforcing the Confirmation Order and (II) Compelling Rejection of Simmons University's Executory Contracts* [Docket No. 350] (the "Motion").[2]

---

[1] The Reorganized Debtor in this case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: 2U, Inc. (5939). The Reorganized Debtor's mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

[2] Capitalized terms used but not defined in this Moton have the meanings provided in the Confirmation Order (as defined below).

1

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion (the "Hearing") will be held on **April 22, 2025 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Michael E. Wiles, United States Bankruptcy Judge for the Southern District of New York, Courtroom 617, One Bowling Green, New York, New York 10004 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that unless otherwise ordered, the Hearing will be conducted in person at the Court, before the Honorable Michael E. Wiles OR via Court Solutions. If you wish to appear virtually at the hearing via Court Solutions, please email wiles.chambers@nysb.uscourts.gov to request approval prior to the hearing. Parties and members of the public who wish to listen to the hearing by audio feed do not need approval and may do so by registering with Court Solutions. Parties may register with Court Solutions at www.Court-Solutions.com. Information on how to register for, and use, the Court Solutions platform is available at https://help.court-solutions.com/hc/en-us.

**PLEASE TAKE FURTHER NOTICE** that, on or before **April 15, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"), responses or objections, if any, to the Motion and the relief requested therein (the "Objections") must (a) be made in writing, (b) conform with the requirements of title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, (c) be served upon DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, Attn.: Rachel Ehrlich Albanese (rachel.albanese@us.dlapiper.com); Dennis O'Donnell (dennis.odonnell@us.dlapiper.com); and Erik F. Stier (erik.stier@us.dlapiper.com), and (d) be filed with the Clerk of the Court at the address set forth above, with a copy delivered directly to Judge Wiles' chambers at wiles.chambers@nysb.uscourts.gov.

2

**PLEASE TAKE FURTHER NOTICE** that, if no Objections are timely filed and served by the Objection Deadline, the Court may enter final order granting the relief requested in the Motion without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be viewed and/or obtained by: (a) accessing this Court's website at www.nysb.uscourts.gov; (b) contacting the Office of the Clerk of the Court at the Court; (c) on the website of the Debtors' claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq"), at https://dm.epiq11.com/2U; or (d) contacting Epiq directly at (877) 525-5725 (toll free U.S. and Canada) and (360) 803-4441 (International).

**PLEASE TAKE FURTHER NOTICE** that, if you oppose the relief requested in the Motion, or if you want the Court to hear your position on the Motion, then you or your attorney must attend the Hearing. If you or your attorney do not follow the foregoing steps, the Court may decide that you do not oppose the relief requested in the Motion and may enter an order granting the relief requested by Simmons.

[*Remainder of page intentionally blank*]

|  |  |
|---|---|
| Dated: April 2, 2025<br>New York, New York | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br>  /s/ *Rachel Ehrlich Albanese*<br>Rachel Ehrlich Albanese<br>Dennis O'Donnell<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br>           dennis.odonnell@us.dlapiper.com<br><br>-and-<br><br>Erik F. Stier<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>Facsimile: (202) 799-5000<br>Email: erik.stier@us.dlapiper.com |