| | |
|---|---|
| Rachel Ehrlich Albanese<br>Dennis O'Donnell<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 335-4500<br>Facsimile: (212) 335-4501<br>Email: rachel.albanese@us.dlapiper.com<br>      dennis.odonnell@us.dlapiper.com | Erik F. Stier<br>**DLA PIPER LLP (US)**<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Telephone: (202) 799-4000<br>Facsimile: (202) 799-5000<br>Email: erik.stier@us.dlapiper.com |

*Counsel to Simmons University*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>2U, Inc.,<br><br>            Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-11279 (MEW)<br><br>(Jointly Administered) |

**NOTICE OF FILING REVISED ORDER AUTHORIZING SIMMONS UNIVERSITY TO FILE UNDER SEAL CERTAIN EXHIBITS TO ITS MOTION FOR ENTRY OF AN ORDER (I) ENFORCING THE CONFIRMATION ORDER AND (II) COMPELLING REJECTION OF SIMMONS UNIVERSITY'S EXECUTORY CONTRACTS**

     **PLEASE TAKE NOTICE** that, on April 2, 2025, Simmons University ("Simmons") filed the *Motion of Simmons University for Entry of an Order Authorizing Simmons University to File Under Seal Certain Exhibits to Its Motion for Entry of an Order (I) Enforcing the Confirmation Order and (II) Compelling Rejection of Simmons University's Executory Contracts* [Dkt. No. 352] (the "Seal Motion"). A proposed order (the "Proposed Order") was attached as Exhibit A to the Seal Motion.

     **PLEASE TAKE FURTHER NOTICE** that, Simmons has revised the Proposed Order to more closely align with the Court's procedures. The revised proposed order (the "Revised Proposed Order") is attached hereto as **Exhibit A**. A redline of the Revised Proposed Order compared to the Proposed Order is attached hereto as **Exhibit B**.

---

[1] The Reorganized Debtor in this case, along with the last four digits of the Reorganized Debtor's federal tax identification number, is: 2U, Inc. (5939). The Reorganized Debtor's mailing address is 2345 Crystal Drive, Suite 1100, Arlington, Virginia 22202.

**WHEREFORE**, Simmons respectfully requests that the Court enter the Revised Proposed Order, attached hereto as **Exhibit A**, at the Court's earliest convenience.

Dated: April 3, 2025
       New York, New York

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Rachel Ehrlich Albanese*
Rachel Ehrlich Albanese
Dennis O'Donnell
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: rachel.albanese@us.dlapiper.com
       dennis.odonnell@us.dlapiper.com

-and-

Erik F. Stier
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
Email: erik.stier@us.dlapiper.com